UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joaquin Capehart,<br><br>                     Plaintiff,<br><br>-against-<br><br>Lecker at Dean LLC, et al.,<br><br>                     Defendants. | 24 Civ. 8432 (DEH) (JW)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    Plaintiff filed this action on November 5, 2024. *See* ECF No. 1. On November 7, 2024, the Court referred this case to Magistrate Judge Jennifer Willis for general pretrial management and motions requiring a report and recommendation. *See* ECF No. 3. On November 13, 2024, Plaintiff submitted a letter addressed to Judge Willis requesting a refund of the filing fee and an order closing this case. *See* ECF No. 4. On November 14, 2025, Judge Willis denied the request. *See* ECF No. 5.

    It appears that Plaintiff is no longer prosecuting this action. Plaintiff has not requested summonses as to either Defendant, and there has been no activity on the docket since November 14, 2024. Accordingly, the Clerk of Court is respectfully directed to close this case. Should Plaintiff wish to reopen the case, he may submit a letter to the Court by **November 15, 2025**, showing cause why the case should be reopened.

SO ORDERED.

Dated: October 15, 2025
       New York, New York

                                                  DALE E. HO
                                                  United States District Judge